UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HEMANT INVESTMENTS, LLC,<br><br>Defendant. | Case No: 3:18-cv-00089-SK<br><br>[PROPOSED] ORDER |
|---|---|

Upon Motion and good cause shown, IT IS HEREBY ORDERED dismissing the above case with prejudice; each party to bear its own costs and fees.

DATED this __19__ day of July, 2018.

*/s/ Sallie Kim*

Magistrate Judge of the U.S. District Court